Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–34090–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Jones
   18 York Ave.
   Hainesport, NJ 08036

Social Security No.:
   xxx–xx–0010

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/28/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 28, 2019
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 18-34090-MBK
William J. Jones                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: admin              Page 1 of 1           Date Rcvd: Feb 28, 2019
                                Form ID: 148             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db             William J. Jones,    18 York Ave.,    Hainesport, NJ  08036
517910487     +Barclay Card,    P.O. Box 1337,    Philadelphia, PA 19105
517910488     +Capital One Bank,    14445 NE 20th Lane North,    Miami, FL 33181-1411
517910491     +Mariner Finance,    c/o William E. Brewer, Esq.,    P.O. Box 1001,    Marmora, NJ 08223-5001
518012820     +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517910492     +Merrick Bank,    P.O. Box 1442,    Draper, UT 84020-1442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:13     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517938341      EDI: CAPITALONE.COM Mar 01 2019 04:53:00     Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC 28272-1083
518017802      EDI: RESURGENT.COM Mar 01 2019 04:53:00     LVNV Funding, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517910489     +E-mail/Text: bk@lendingclub.com Mar 01 2019 00:20:37     Lending Club Corp.,   P.O. Box 39000,
               San Francisco, CA 94139-0001
517981960      E-mail/Text: camanagement@mtb.com Mar 01 2019 00:19:51     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
517910490      E-mail/Text: camanagement@mtb.com Mar 01 2019 00:19:51     M&T Bank,   P.O. Box 1288,
               Buffalo, NY 14240
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
              Theodore M. Costa    on behalf of Debtor William J. Jones tedcosta.lawyer@gmail.com,
               libertas1212@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```