Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–34090–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Jones
   18 York Ave.
   Hainesport, NJ 08036

Social Security No.:
   xxx–xx–0010

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:        5/28/19
Time:       10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 28, 2019
JAN: wir

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
William J. Jones  
    Debtor

Case No. 18-34090-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 28, 2019  
                Form ID: 132     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db              William J. Jones,    18 York Ave.,    Hainesport, NJ  08036
517910487      +Barclay Card,    P.O. Box 1337,    Philadelphia, PA 19105
517910488      +Capital One Bank,    14445 NE 20th Lane North,    Miami, FL 33181-1411
517910491      +Mariner Finance,    c/o William E. Brewer, Esq.,    P.O. Box 1001,    Marmora, NJ 08223-5001
518012820      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
517910492      +Merrick Bank,    P.O. Box 1442,    Draper, UT 84020-1442
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517938341       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
518017802       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 00:23:14      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517910489      +E-mail/Text: bk@lendingclub.com Mar 29 2019 00:21:13      Lending Club Corp.,    P.O. Box 39000,
                 San Francisco, CA 94139-0001
517981960       E-mail/Text: camanagement@mtb.com Mar 29 2019 00:20:02      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
517910490       E-mail/Text: camanagement@mtb.com Mar 29 2019 00:20:02      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com
          Theodore M. Costa    on behalf of Debtor William J. Jones tedcosta.lawyer@gmail.com,
           libertas1212@yahoo.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```